CLOSED,MAD−PILOT

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.5 (Revision 1.5.3)] (Plattsburgh)
# CIVIL DOCKET FOR CASE #: 8:21−cv−00284−MAD−DJS

Town of Harrietstown, New York v. 3M Company et al
Assigned to: U.S. District Judge Mae A. D'Agostino
Referred to: Magistrate Judge Daniel J. Stewart
 Case in other court:  County of Franklin Supreme Court, E2021−82
Cause: 28:1442 Notice of Removal

Date Filed: 03/11/2021
Date Terminated: 03/25/2021
Jury Demand: Both
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Federal Question

**Plaintiff**

**Town of Harrietstown, New York**

V.

**Defendant**

**3M Company**
*formerly known as*
Minnesota Mining and Manufacturing Co.

**Defendant**

| | | |
|---|---|---|
| **Tyco Fire Products L.P.** | represented by | **Thomas J Herten** |
| *Successor−In−Interest to the Ansul Company* | | Archer & Greiner, PC |
| | | Court Plaza South, Suite 353 |
| | | 21 Main Street |
| | | Hackensack, NJ 07601−7095 |
| | | 201−342−6000 |
| | | Email: therten@archerlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Active* |
| | | *Fee Status: paid_2019* |

**Defendant**

**Buckeye Fire Equipment Company**

**Defendant**

| | | |
|---|---|---|
| **Chemguard, Inc.** | represented by | **Thomas J Herten** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Active* |
| | | *Fee Status: paid_2019* |

**Defendant**

**Raytheon Technologies Corporation**

*formerly known as*
United Technologies Corporation

**Defendant**

**Kidde–Fenwal, Inc.**

**Defendant**

**Carrier Global Corporation**

**Defendant**

**Dyneon LLC**

**Defendant**

**Amerex Corporation**

**Defendant**

**National Foam, Inc.**

**Defendant**

**E.I. du Pont de Nemours and Company**

**Defendant**

**The Chemours Company**

**Defendant**

**The Chemours Company FC, LLC**

**Defendant**

**Corteva Inc.**

**Defendant**

**BASF Corporation**

**Defendant**

**Dynax Corporation**

**Defendant**

**Clariant Corporation**

**Defendant**

**John Doe "1" through "100"**

**Defendant**

**Jane Doe "1" through "100"**

**Defendant**

**John Doe Corporations "1" through "100"**

**Defendant**

**Other John Doe Entities "1" through "100"**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2021 | Ï 1 | NOTICE OF REMOVAL with Jury Demand from Franklin County Court, case number E2021−82 (Filing fee $402 receipt number ANYNDC−5454765) filed by Chemguard, Inc., Tyco Fire Products L.P.. (Attachments: # 1 Civil Cover Sheet)(hmr) (Entered: 03/12/2021) |
| 03/11/2021 | Ï 2 | STATE COURT SUMMONS AND COMPLAINT relating to 1 Notice of Removal. (hmr) (Entered: 03/12/2021) |
| 03/12/2021 | Ï 3 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 4/26/2021 at 09:00 AM in Albany before Magistrate Judge Daniel J. Stewart. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 4/19/2021. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) [A courtesy copy of the GO #25 was emailed to Attorney Nicholas C. Rigano and Attorney James P. Rigano on 3/12/2021.](hmr) (Entered: 03/12/2021) |
| 03/12/2021 | Ï 4 | NOTICE of Admission Requirement as to Party Plaintiff; Attorney Nicholas C. Rigano, Email address is nrigano@riganollc.com. Phone number is 631−756−5900. Attorney James P. Rigano, Email address is jrigano@riganollc.com. Phone number is 631−756−5900. Admissions due by 3/26/2021. (hmr) (Entered: 03/12/2021) |
| 03/12/2021 | Ï 5 | TEXT−ONLY NOTICE REGARDING JUDGE D'AGOSTINO CASE DISPOSITION PILOT − Please refer to the Individual Rules and Practices of the Hon. Mae A. D'Agostino, U.S. District Judge, for guidance regarding the Case Disposition Pilot. https://www.nynd.uscourts.gov/sites/nynd/files/MAD_Rules_of_Practice_04_14_2020.pdf. (hmr) (Entered: 03/12/2021) |
| 03/12/2021 | Ï | Clerk emailed a copy of the Dkt. No. 4 – Notice of Attorney Admission Requirement to Attorney Nicholas C. Rigano and Attorney James P. Rigano on 3/12/2021. (hmr) (Entered: 03/12/2021) |
| 03/12/2021 | Ï | ***Answer due date updated for Chemguard, Inc. answer due 3/18/2021; Tyco Fire Products L.P. answer due 3/18/2021. (hmr) (Entered: 03/12/2021) |
| 03/16/2021 | Ï 6 | AMENDED DOCUMENT by Chemguard, Inc., Tyco Fire Products L.P.. Amendment to 1 Notice of Removal *Amending Civil Cover Sheet to Add Rider*. (Herten, Thomas) (Entered: 03/16/2021) |
| 03/16/2021 | Ï 7 | CERTIFICATE OF SERVICE by Chemguard, Inc., Tyco Fire Products L.P. re 1 Notice of Removal, 6 Amended Document (Herten, Thomas) (Entered: 03/16/2021) |
| 03/18/2021 | Ï 8 | STIPULATION re 1 Notice of Removal *Extending Time to Answer, Move, or Otherwise Respond to Complaint* by Chemguard, Inc., Tyco Fire Products L.P. submitted to Judge Daniel J. Stewart, U.S.M.J.. (Herten, Thomas) (Entered: 03/18/2021) |
| 03/24/2021 | Ï 9 | STIPULATION and ORDER extending the time for Defendants to file an Answer or other wise respond to the Complaint in this matter. Defendants shall file their response within twenty−eight (28) days from a disposition from the Judicial Panel on Multidistrict Litigation. Signed by Magistrate Judge Daniel J. Stewart on 3/24/2021. (mab) (Entered: 03/24/2021) |

| 03/25/2021 | 10 | JPMDL Conditional Transfer Order #48. Opposition period has expired with no objections filed. ORDER TRANSFERRING CASE to District of South Carolina for inclusion into MDL−2873 Aqueous Film−Forming Foams Products Liability Litigation. Case to be assigned to the Hon. Richard M. Gergel, U.S. District Judge. (plp) (Entered: 03/25/2021) |